RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for Serena Reamy Hedden

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SERENA REAMY HEDDEN,<br><br>             Defendant. | Case No. 2:24-cr-00207-GMN-MDC<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for SERENA REAMY HEDDEN and TODD BLANCHE, Deputy Attorney General of the United States, and KIMBERLY M. FRAYN, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for May 7, 2026, at 2:00 PM, be vacated and continued to a date and time convenient to this Court, but no sooner than five months.

/ / /

///

The continuance is necessary for the following reasons:

1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.    Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.    Ms. Hedden is not detained and consents to the continuance. Specifically, Ms. Hedden was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4.    This is the first request for continuance of the sentencing hearing.

DATED this 11th day of March, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General

By _/s/ Sean A. McClelland_
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Counsel for SERENA HEDDEN

By _/s Kimberly M. Frayn_
KIMBERLY M. FRAYN
Assistant United States Attorney
Counsel for the Government

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 7, 2026, at 2:00 PM, be vacated and continued to ___October 7, 2026___ at the hour of 9:00 a.m.

DATED this __11__ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE